# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| SCOTT M. INGRAM,<br>*Plaintiff*<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner<br>of Social Security Administration,<br>*Defendant* | Civil Action No. 12-CV-0610-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the
**defendant** *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Defendant's Motion for Summary Judgment, ECF No. 16, is GRANTED.
Plaintiff's Motion for Summary Judgment, ECF No. 14, is DENIED.
Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has
rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision
was reached.

☑ **decided by Judge** THOMAS O. RICE on motions for
SUMMARY JUDGMENT (ECF NOS. 14 and 16).

Date: October 4, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen